# MEMORIAL HOSPITAL
PART OF THE MEMORIAL NETWORK

April 28, 2017

RE: Tarkeisha Sayles-Baker
SSN: XXX-XX-7659

This letter will serve as verification of employment with Memorial Hospital for Ms. Tarkeisha Sayles-Baker. Ms. Sayles-Baker began employment with Memorial Hospital on September 1, 2016. Ms. Sayles-Baker is a current full-time, 40 hours per week, Food Service Worker.

Should you have any questions regarding this matter, please do not hesitate to contact me.

Sincerely,

*Robin Buesking*

Robin Buesking
HR Business Partner

BJC HealthCare