I, Dornell Baker, am writing this letter to you as a letter of acknowledgement of character and also as a letter of reassurance to the court. My wife Tarkeisha Sayles-Baker, has had her life rearranged and disrupted, mainly because of the surgery she had back in 2003, that permanently changed her character, her disposition and her thought process. Prior to the surgery my wife would have never thought about doing the things she has been accused of doing, nor would she have ever followed through with doing anything that would take her away from me or our boys.

Second, I did not understand what my wife was feeling or experiencing, therefore, I could not help her, nor could I understand the changes that were going on with her. I handled my marriage and it's problems the wrong way, by turning to a coworker for comfort, which resulted in me coming home one day and packing all of my belongings and texting my wife of 9 years that our marriage was over. I did not talk to my wife or communicate with my kids for 1 year, 2 months and 23 days. My wife and I reconciled on December 21, 2013. After being with my wife for 7 months, I left her again for 2 years and 1 month. Again, cutting off all communication, with my wife and my kids. After leaving my family the second time, my wife was accused of this horrible crime 14 months later. I believe I played a part in my wife's bad choices along with the surgery. My wife started taking pain medication to numb the hurt of our crumbling marriage, and after so long she began to abuse the prescribed medicine.

As of today 2017, my wife and I have reconciled and this time it is for good, I have no desire to want or be with another woman and I will never cause my wife, nor my kids that kind of pain again. As I sit here and type this letter to you, I am reliving my mistakes and my transgressions and I must say it is the worst punishment ever. Please believe me when I say, my wife does not abuse medication, my wife is slowly becoming the wife I fell in love with in 2001 and my wife is really doing well all around with life, both personally and professionally. My wife has forgiven me and to me that is a big step for her as a woman. She has come to terms with her mistakes, but I ask you to please give us a chance to continue to repair the family I broke down and apart.

Sincerely

Dornell D. Baker

*Dornell D. Baker*