PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Tarkeisha Montrice Sayles                     Docket No. 0754 3:16CR30032-001

Register Number: 13279-025

Name of Sentencing Judicial Officer:  Honorable David R. Herndon, U.S. District Judge

Date of Original Sentence:  May 5, 2017

Original Offense:    Ct. 1: Mail Fraud
                     Ct. 2: Wire Fraud

Original Sentence:  Cts. 1&2: Five year term of probation

Type of Supervision: Probation                     Date Supervision Commenced:  May 5, 2017

Custody Status:   The offender is not currently in custody and remains on supervision in the community

Assistant U.S. Attorney:  Norman R. Smith                     Defense Attorney: Bret M. Rich

---

## PETITIONING THE COURT

[ X ]   To issue a **SUMMONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not unlawfully possess a controlled substance. |
| | On July 26, 2017, the offender admitted to unlawfully possessing a controlled substance, opiates, on July 17, 2017 and July 25, 2017. |
| Special | The defendant shall pay any financial penalties imposed which are due and payable immediately.  If the defendant is unable to pay any of them immediately, any amount remaining unpaid when supervision commended will become a condition of supervision and be paid in accordance with the Schedule of Payments sheet of this judgement based in the defendants ability to pay. All criminal monetary penalties are due immediately and payable through the Clerk, U.S. District Court.  Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be paid in equal monthly installments of $50 or ten percent of her net monthly income, whichever is greater, to commence 30 days after the judgment has been entered in this case.  The defendant shall pay any financial penalty that is imposed by this judgment and that remains unpaid at the commencement of the term of supervision. |

**Offender Name:  Tarkeisha Montrice Sayles**
**Docket Number:  0754 3:16CR30032-001**

The offender failed to make monthly payments as ordered during the months of June 2017 and July 2017.

Special    The defendant shall reside in a Residential Reentry Center during the first 12 months of probation and shall abide by all the rules and regulations of the facility.  The defendant shall pay subsistence at a rate of 25 percent of the defendant's gross monthly income.  The amount of subsistence is based on the defendant's ability to pay and should not exceed 25 percent of the defendant's gross monthly income.  The Court directs the probation officer to consult with the Bureau of Prisons to coordinate the Residential Reentry Center placement and monitor the defendant's compliance with the rules and regulations of the facility.

The offender failed to reside in a Residential Reentry Center for the first 12 months of probation, in that on July 26, 2017, the offender was terminated from the Residential Reentry Center.

Special    The defendant shall participate in treatment for narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis and/or other drug detection measures and which may require residence and/or participation in a residential treatment facility, or residential reentry center (halfway house).  The number of drug tests shall not exceed 52 tests in a one-year period.  Any participation will require complete abstinence from all alcoholic beverages and any other substances for the purpose of intoxication.  The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale and the defendant's ability to pay.  The defendant's financial obligation shall never exceed the total cost of services rendered.  The Court directs the probation officer to approve the treatment provider and, in consultation with a licensed practitioner, the frequency and duration of counseling sessions, and the duration of treatment, as well as monitor the defendant's participation, and assist in the collection of the defendant's copayment.

The offender failed to participate in treatment for narcotic addiction, in that on August 10, 2017, the offender was terminated from the residential treatment facility.

## U.S. Probation Officer Recommendation:

The term of supervision should be:
☒   revoked
☐   extended for * years, for a total term of * years.
☐   The conditions of supervision should be modified as follows:

☐   Other

**Offender Name:  Tarkeisha Montrice Sayles**
**Docket Number:  0754 3:16CR30032-001**

I declare under penalty of perjury that the forgoing is true and correct.

by _____
Nichole M. Funk
U.S. Probation Officer

Date:  August 14, 2017

NMF:lmg

This document has been reviewed and approved.

by _____
R. Brian Gandy
Supervisory U.S. Probation Officer

Date:  August 14, 2017

THE COURT ORDERS:
☐   Submit a Request for Modifying the Condition or Term of Supervision
☐   The Issuance of a Warrant
☒   The Issuance of a Summons
☐   Other

Digitally signed by
Judge David R. Herndon
Date: 2017.08.24
16:23:53 -05'00'

_____
Honorable David R. Herndon,
U.S. District Judge